# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KYLE AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREENS CO.,<br><br>    Defendant. | Cause No. CV-19-15-GF-BMM-JTJ<br><br>**ORDER DISMISSING CASE** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 57),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

DATED this 14th day of April, 2020.

_____
Brian Morris, Chief District Judge
United States District Court